36 A.3d 1097

**Jeffrey GIDDINGS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 109 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 2, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of February, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.